(No. 6533—■)

Aero Ambulance Service, Inc., Claimant, *vs.* State of Illinois, Department of Mental Health, Respondent.

*Opinion filed June 13, 1972.*

Aero Ambulance Service, Inc., Claimant, pro se.

William J. Scott, Attorney General; Saul R. Wexler, Assistant Attorney General, for Respondent.

Perlin, C.J.

(No. 6538—■)

V. M. Markets, Inc., a/k/a Vito's Certified Food Market, Claimant, *vs.* State of Illinois, Department of Public Aid, Respondent.

*Opinion filed June 13, 1972.*

Malkin and Gottlieb, Attorney for Claimant.

William J. Scott, Attorney General; Saul R. Wexler, Assistant Attorney General, for Respondent.

Perlin, C.J.